CHASE NATIONAL BANK OF CITY OF NEW YORK, as Executor of the Estate of Susan D. Griffith, Appellant, v. Joseph T. HIGGINS, Collector of Internal Revenue, Appellee.

No. 121.

Circuit Court of Appeals, Second Circuit.

Dec. 22, 1941.

Frederick M. Schlater and De Forest & Elder, both of New York City, (Joseph V. Lane, Jr., of New York City, of counsel), for plaintiff-appellant.

Mathias F. Correa, U. S. Atty., and William L. Lynch, both of New York City, for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order, 42 F.Supp. 325, affirmed on opinion below.

Howard BARBEE, Appellant, v. UNITED STATES of America.

No. 11983.

Circuit Court of Appeals, Eighth Circuit.

Dec. 5, 1941.

Phil H. Graves, of Neosho, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Thomas A. Costolow, Asst. U. S. Atty., both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed without costs to either party in this Court, under Rule 37. Defendant in District Court ordered to surrender to custody, etc.

H. C. JONES, Collector of Internal Revenue, v. DAVON OIL COMPANY, a Corporation.

No. 2453.

Circuit Court of Appeals, Tenth Circuit.

Dec. 17, 1941.

George H. McElroy, Asst. U. S. Atty., of Oklahoma City, Okl., for appellant.

T. Murray Robinson, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal, D.C., 36 F.Supp. 681, dismissed, on motion of appellant.

Frank N. MOORE and Norval A. Hamm, Appellants, v. UNITED STATES of America.

No. 11923.

Circuit Court of Appeals, Eighth Circuit.

Dec. 5, 1941.

R. Bowland Ritchie, of Wichita, Kan., for appellants.

Maurice M. Milligan, U. S. Atty., and Thomas A. Costolow, Asst. U. S. Atty., both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed without costs to either party in this Court, under Rule 37. Defendants in District Court ordered to surrender to custody, etc.